

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00065-CV

| | | |
|---|---|---|
| Jimmy and Karen Lewis | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2013-70726-431) |
| | § | June 4, 2015 |
| Bell Helicopter Textron, Inc. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment as to Appellants Jimmy and Karen Lewis's claim for injunctive relief. We reverse that portion of the trial court's judgment as to Appellants Jimmy and Karen Lewis's claim for damages and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
      Justice Lee Ann Dauphinot